IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JEFF HOLZEMER,

                Plaintiff,

   v.                                                ORDER

MATTHEW FRANK and JOHN                07-C-353-S
FRANK,

                Defendants.
_____

On September 18, 2007 plaintiff filed a motion to compel discovery. On October 1, 2007 defendants responded to the motion with documentation that they had provided their discovery responses to plaintiff on September 27, 2007. Accordingly, plaintiff's motion to compel discovery will be denied as moot.

ORDER

IT IS ORDERED that plaintiff's motion to compel discovery is DENIED as moot.

Entered this <u>10th</u> day of October, 2007.

                                  BY THE COURT:

                                  /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge