IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFF HOLZEMER,

        Plaintiff,

  v.                                     ORDER

RICK RAEMISCH and                07-c-353-jcs
JOHN BETT,

        Defendants.

---

    The above entitled matter is on appeal. Plaintiff has filed a motion for leave to use the original record on appeal. The record will be prepared by the clerk and forwarded to the Court of Appeals as is the usual practice. Plaintiff's motion is denied as unnecessary.

    SO ORDERED this 12th day of December, 2007.

                                    BY THE COURT:

                                    /s/
                            _____
                            JOHN C. SHABAZ
                            District Judge